| Date | Pleading Number | |
|---|---|---|
| 8/27/71 | 1. | JOINT MOTION OF PLAINTIFFS to transfer actions to the N.D. ALABAMA pursuant to 28 U.S.C. §1407(c) for coordinated or consolidated pretrial proceedings. Certificate of service attached. (Cities of New York and Memphis, States of Vermont, Iowa, Virginia, Louisiana, Florida, Rhode Island, Nevada, Georgia, Massachusetts and Mississippi) |
| 9/13/71 | 2. | RESPONSE OF DEFENDANTS American Cast Iron Pipe Co., Amsted Industries, Inc., Clow Corp., Glamorgan Pipe & Foundry Co., Lone Star Steel Co., Mead Corp., U.S. Pipe & Foundry Co. & Cast Iron Pipe Research Association |
| 9/16/71 | 3 | PLAINTIFFS REPLY MEMO IN SUPPORT OF TRANSFER (City of N.Y., City of Memphis, St. of Vt., St. of Iowa, St. of Va., St of Fla., St. of La., State of R.I., St of Nev., St. of Ga., St. of Mass., St. of Miss.) |
| 9/24/71 | 4 | DEFENDANTS RESPONSE (ALL) SUPPLEMENTAL IN RESPONSE TO PLAINTIFFS' MOTION TO TRANSFER. MEMO IN SUPPORT OF DEFENDANTS MOTION TO TRANSFER; and DEFENDANTS MOTION TO TRANSFER |
| 9/27/71 | | ORDER - Setting A-1 through A-21 (Motion) for Hearing October 29, 1971 San Francisco, California. Notified Counsel, Involved judges. ORDER - State of Washington v. Am. Cast Iron Pipe Co., W.D. Wash 103-71-C2 Merle McCollum v. Am. Cast Iorn Pipe Co., W.D. Okla Civ 71-548 State of Arizona v. Am. Cast Iron Pipe Co., S.D.N.Y. 71 Civ 3811 ORDER TO SHOW CAUSE AND NOTICE OF HEARING for Oct. 29, 1971 San Francisco, Calif. Sent to Counsel, involved judges |
| 10/12/71 | 5. | DEFENDANTS' Acquiescence in Motion to Transfer. |
| 10/13/71 | 6. | Pltf. STATE OF WASHINGTON - Response to SCO & Motion to Transfer. |
| 10/13/71 | 7. | JOINT MOTION OF DEFENDANS in Ky. v. Am'n Cast Iron, E.D. Ky., No. 385 |
| 10/14/71 | 8. | ST. OF ARIZONA - Response to Show Cause Order. |
| 10/18/71 | | ORDER - Amending hearing order to include C-1 (Kentucky Case No. 385) |
| 10/20/71 | | ORDER TO SHOW CAUSE & HEARING ORDER in State of New York v. Am'n Case (D-1) Iron Pipe., et al., S.D. N.Y., No. 71 Civ 4497; County of Erie, (D-2) N.Y. v. Am'n Cast Iron., et al., E.D. Pa., No. 71-2499; City of (D-3) Philadelphia, Pa. v. Am'n Cast Iron., et al., E.D. Pa., No. 71-2500; Copies to involved judges & counsel. |
| 10/21/71 | 9. | JOINT MOTION OF DEFS. in St. of N.Y. v. Am'n Cast Iron, S.D.Ny. (D-1) No. 71 Civ. 4497 |
| 10/27/71 | 10. | CITY OF PHILADELPHIA (plaintiff) memo in support of transfer. |
| 10/27/71 | 11 | ~~NEWXXORKXSTATEXXDEFEKDAHKSX~~ STATE OF NEW YORK reply to defendants motion to transfer |
| 11/1/71 | 12 | PERRY GOLDBERG - Ltr giving Panel permission to consider the following three additional actions for transfer with pending litigation. N.D. ILL, 71 C 2587; N.D. ILL 71 C 2588; N.D. ILL 71 C 2589 |
| 11/9/71 | 13 | PERRY GOLDBERG - Ltr giving Panel permission to consider F-1 and F-2 for transfer with pending litigation. |
| 11/17/71 | | ORDER consolidating A-2 through A-21, B-1, B-3, C-1, D-1 through D-3 and E-1 through E-3.in the Northern District of Alabama and assigning to Judge Sam C. Pointer pursuant to 28 U.S.C. §1407 |
| 11/17/71 | | CONSENT from Chief Judge Seybourn H. Lynne for Judge Sam C. Pointer to handle litigation |
| 11/17/71 | | ORDER amending transfer order to include F-1 and F-2. Notified counsel, transferor, transferee judges and clerks. |

| Date | Pleading Number | |
|---|---|---|
| 11/17/71 | | The State of Michigan etc. v. American Cast Iron Pipe Co. E.D. Penna. 71-2610 |
| | | The State of Minn. v. Am. Cast Iron Pipe Co., D. Minn, 4-71 Civ. 550 |
| | | The State of N. Mexico v. Am. Cast Iron Pipe Co. N.D. Ill, 71 C 2692 |
| | | CTO entered today- Notified counsel. transferor judges. |
| 11/30/71 | | STATE OF DELAWARE V. AM. CAST IRON PIPE, Delaware, C.A. 4260 |
| | | CTO entered today. Notified counsel. transferor judges. |
| 12/3/71 | | ST. OF MICHIGAN V. AM. CAST IRON PIPE CO., E.D.PA. 71-2610 |
| | | ST. OF MINN. V. AM. CAST IRON PIPE CO., D. MINN. 4-71 Civ. 550 |
| | | ST. OF NEW MEXICO V. AM. CAST IRON PIPE CO., N.D. ILL, 71 C 2692 |
| | | CTO final today. Notified transferee, transferor clerk and judges. |
| 12/16/71 | | ST. OF DELAWARE V. AM. CAST IRON PIPE CO., DELAWRE C.A. No. 4260 |
| | | CTO final today. Notified transferee, transferor clerk and judge. |
| 1/12/72 | | THE STATE OF KANSAS V. AM. CAST IRON PIPE CO., KANSAS, T-5075 |
| | | CTO entered today. Notified counsel, involved judges. |
| 1/28/72 | | THE STATE OF KANSAS V. AM. CAST IRON PIPE CO., KANSAS, T-5075 |
| | | CTO final today. Notified transferee, clerk-, judge |
| 3/23/72 | | CITIZENS UTILITIES CO. V. AM. CAST IRON PIPE, N.D.ILL, 72 C 532 |
| | | CTO entered today. Notified counsel, involved judges |
| 4/10/72 | | CITIZENS UTILITIES CO. V. AM. CAST IRON PIPE, N.D. ILL, 72 C 532 |
| | | CTO final today. Notified clerks involved judges. |
| 12/7/72 | | LOUISVILLE WATER CO V. AMERICAN CAST IRON PIPE, S.D.N.Y. 72 Civ. 4880 |
| | | PHILADELPHIA GAS CO. V. AMERICAN CAST IRON PIPE. E.D.PA. 72-1986 |
| | | CTO entered today. Notified counsel, transferor and transferee judges. |
| 12/27/72 | | LOUISVILLE WATER CO. V. AM'n CAST IRON PIPE, S.D. NY., No. 72 Civ. 4880 |
| | | PHILADELPHIA GAS WORKS V. AM'N CAST IRON PIPE., E.D. Pa., No. 72-1986 |
| | | CTO final today. Notieid transferee & transferor judges & clerks. |
| 10/9/73 | | PUERTO RICO AQUEDUCT AND SEWER AUTHORITY V. AM. CAST IRON PIPE CO. D. P.R., 657-73 - CTO entereed today. Notified counsel, involved judges. |
| 10-23-73 | 14 | PUERTO RICO V. AM. CAST IRON PIPE CO., D.P.R. 657-73 |
| | | Plaintiffs Indiana, Illinois, Texas, Penna., Tenna. NOTICE OF OPPOSITION TO CTO entered 10-9-73 |
| | | ORDER ENTERED staying CTO.. Notified involved judges, counsel involved |
| 10-24-73 | 15 | PUERTO RICO V. AM. CAST IRON PIPE CO., D. P.R. 657-73 |
| | | Puerto Rico Aqueduct and Sewer Authority Opposition to CTO. |
| 10-24-73 | 16 | PUERTO RICO V. AM. CAST IRON PIPE CO., D. P.R. 657-73 |
| | | American Cast Iron Pipe Co., Amsted Industries, Inc., Clow Corp. Glamorgan Pipe and Foundry Co., Lone Star Steel Co. McWayne Cast Iron Pipe Co., Mead Corp and U. S. Pipe and Foundry Co. Notice of Opposition to CTO |
| 10-26-73 | 17 | PUERTO RICO V. AM. CAST IRON PIPE CO., D. P.R. 657-73 |
| | | Request from Am. Cast Iron Pipe Co., et al. for extension to file Notice of Opposition filed 10/24/73 |
| 11/7/73 | | PUERTO RICO V. AM. CAST IRON PIPE CO., D. P.R. 657-73 |
| | | HEARING ORDER - Setting November 30, 1973, Washington D.C. to hear the oppositions to transfer of the above action. |
| 11/8/73 | 18 | PUERTO RICO V. AM. CAST IRON PIPE CO., D. P.R. 657-73 |
| | | Litigation Plaintiffs motion and brief to vacate CTO w/cert. servic |
| 11/9/73 | 19 | PUERTO RICO V. AM. CAST IRON PIPE CO., D. P.R. 657-73 |
| | | MOTION AND BRIEF of Glamorgan pipe and Foundry Co., Lone Star Steel Co., McWane Cast Iron Pipe Co., Mead Corp. and U. S. Pipe and Foundry Co. to vacate CTO |

| Date | Pleading Number | |
|---|---|---|
| 11/19/73 | 20 | Puerto Rico Aqueduct and Sewer Authority response to motion to vacate CTO w/cert. of service |
| 12/4/73 | | Puerto Rico Aqueduct and Sewer Authority v. American Cast Iron Co., et al. D. Puerto Rico, MINUTE ORDER - Denying transfer - Vacating CTO entered Oct. 9, 1973. Notified service counsel, involved clerk involved judges. |

*Unpublished Order Nov 17, 1971*

DOCKET NO. 81

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation  Computer ID code 526

*Judge Sam C. Pointer, Nov. 17, 1971 (N. Ala.)*

IN RE CAST IRON PIPE ANTITRUST LITIGATION

MASTER NO - CA 71-1050

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Washington Suburban Sanitary Commission v. American Cast Iron Pipe Co., et al. *voluntary dism - not transferred* | D.C. 1417-71 | Gasch | NT | 8/27/71 Motion (P) |
| A-2 | State of Missouri v. American Cast Iron Pipe Co., et al. *Closed 1/75* | W.D. Mo. 19524-2 | Collinson | 71-1051 11/17/71 | Motion |
| A-3 | State of Alabama v. American Cast Iron Pipe Co., et al. *Closed 1/75* | N.D. Ala. 71-530 | Pointer | | Motion |
| A-4 | State of Indiana v. American Cast Iron Pipe Co., et al. (*) *Closed 1/75* | N.D. Ala. 71-285 | Pointer | | Motion |
| A-5 | Commonwealth of Pennsylvania v. American Cast Iron Pipe Co., et al. (* *Closed 1/75* | N.D. Ala. 71-286 | Pointer | | Motion |
| A-6 | State of Illinois v. American Cast Iron Pipe Co., et al. (*) *Closed 1/75* | N.D. Ala. 71-287 | Pointer | | Motion |
| A-7 | State of Texas v. American Cast Iron Pipe Co., et al. (*) *Closed 1/75* | N.D. Ala. 71-288 | Pointer | | Motion |
| A-8 | Metropolitan Government of Nashville v. American Cast Iron Pipe Co., et al. (*) *Closed 1/75* | N.D. Ala. 71-289 | Pointer | | Motion |
| A-9 | City of New York v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2363 | | 11/17/71 | Motion 71-1058 |
| A-10 | State of Vermont v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2364 | | 11/17/71 | Motion 71-1059 |
| A-11 | State of Iowa v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2365 | | 11/17/71 | Motion 71-1060 |
| A-12 | Commonwealth of Virginia v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2422 | | 11/17/71 | Motion 71-1061 |
| A-13 | City of Memphis v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2423 | | 11/17/71 | Motion 71-1062 |
| A-14 | State of Louisiana v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2424 | | 11/17/71 | Motion 71-1063 |
| A-15 | State of Florida v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2563 | | 11/17/71 | Motion 71-1064 |
| A-16 | State of Rhode Island v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 2607 | | 11/17/71 | Motion 71-1065 |

DOCKET NO. 81

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE CAST IRON PIPE ANTITRUST LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-17 | State of Nevada v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ. 2986 | | 11/17/71 | 71-1066 8/27/71 Motion (P) |
| A-18 | State of Georgia v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 3546 | | 11/17/71 | Motion 71-1067 |
| A-19 | The Commonwealth of Massachusetts v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 3695 | | 11/17/71 | Motion 71-1068 |
| A-20 | Metropolitan Sanitary District of Greater Chicago v. American Cast Iron Pipe Co., et al. *Closed 1/75* | N.D. Ill. 71-C-1928 | Parsons | 11/17/71 71-1052 11/30/71 | Motion |
| A-21 | State of Mississippi v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 3746 | | 11/17/71 | Motion 71-1069 |
| B-1 | State of Washington v. American Cast Iron Pipe Company, et al. *Closed 1/75* | W.D. Wash. 103-71 C2 | McGovern | 11/17/71 | See 71-1072 |
| B-2 | Merle McCollum v. American Cast Iron Pipe Company, et al. TRANSFERRED TO N.D. ALA. UNDER SEC 1404(a) Closed J. Bohanool 5/1/75 | W.D. Okla. Civ-71-548 | Bohanon 8/71 | | 71-1013 |
| B-3 | State of Arizona v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 3811 | | 11/17/71 | 71-1070 |
| C-1 | Commonwealth of Kentucky v. American Cast Iron Pipe Co., et al. *Closed 1/75* | E.D. Kentucky 385 | | 11/17/71 71-1023 | Defs' Motion 10/13/71 |
| D-1 | State of New York v. American Cast Iron Pipe Co., et al. *Closed 1/75* | S.D. N.Y. 71 Civ 4497 | | 11/17/71 71-1071 | SCO & HO 10/20/71 & Def's Motion 10/21/71 |

(*) Transferred from N.D. Illinois by Judge Austin under section 1404(a) on 4/2/71.

DOCKET NO. 81

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE CAST IRON PIPE ANTITRUST LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| D-2 | County of Erie, New York, etc. v. American Cast Iron Pipe Co., et al. *Closed 1/75* | E.D. Pa. 71-2499 | Lord | 11/17/71 71-1056 | SCO & HO 10/20/71 |
| D-3 | City of Philadelphia, Pa., etc. v. American Cast Iron Pipe Co., et al. *Closed 1/75* | E.D. Pa. 71-2500 | Lord | 11/17/71 71-1057 | " |
| E-1 | Washington Suburban Sanitary Commission, etc. v. American Cast Iron Pipe Co., et al. *Closed 3/3/76* | N.D. Ill. 71 C 2587 | | 11/17/71 71-1053 | 11/2/71 E-1, 2 & 3 To be incl. for consolidation per 10/28/71 ltr fr. pltfs' atty. (All 3 on Exec. Comm. list) |
| E-2 | The City of Newark, New Jersey, et al., v. American Cast Iron Pipe Co., et al. *Closed 1/75* | N.D. Ill. 71 C 2588 | | 11/17/71 71-1054 | |
| E-3 | The Sanitary District of the City of Gary, Indiana v. American Cast Iron Pipe Co., et al. *Closed 1/75* | N.D. Ill. 71 C 2589 | | 11/17/71 71-1055 | |
| F-1 | State of Connecticut v. American Cast Iron Pipe Co., et al. *Closed 1/75* | N.D. Ill. 71 C 2648 | 71-1074 | amending orders 11/17/71 | 11/30 F-1 & 2 To be incl. for consol. per 11/5/71 ltr fr Pltfs. att |
| F-2 | State of Maryland, et al. v. American Cast Iron Pipe Co., et al. *Closed 1/75* | N.D. Ill. 71 C 2649 | 71-1075 | amend. order 11/17/71 | |
| G-1 | State of Michigan v. American Cast Iron Pipe Co., et al. 11/17/71 *Closed 1/75* | E.D. Penna. 71-2610 | Lord | 12/3/71 71-1122 | |
| G-2 | The State of New Mexico v. American Cast Iron Pipe Co., et al. 11/22/71 1/75 | N.D. Ill. 71 C 2692 | Perry | 12/3/71 71-1124 | 12/29 |
| G-3 | The State of Minnesota v. American Cast Iron Pipe Co., et al. *Closed 11/17/71* | D. Minn. 4-71 Civ. 550 | Larson | 12/3/71 71-1123 | |
| G-4 | State of DELAWARE v. American Cast Iron Pipe Co., et al. 11/30/71 *dismissed 3/7/73* | Delaware 4260 | | 12/16/71 71-1178 | |
| G-5 | The State of Kansas, etc. v. American Cast Iron Pipe Co., et al. 1/2/72 *dismissed 4/14/72* | Kansas T-5075 | | 1/28/72 72-72 | |
| G-6 | Citizens Utilities Co., et al. v. American Cast Iron Pipe Co. *Closed 3/23/75* | N.D. Illinois 72 C 532 | | 4/10/72 72-333 | 4/21/72 |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| G-7 | Philadelphia Gas Works v. American Cast Iron Pipe Co., et al. *12/7/72* | E.D.Pa. Gorbey | 72-1986 | 12/27/72 | 73-5 | 4/26/77 | |
| G-8 | Louisville Water Co. v. American Cast Iron Pipe Co., et al. *12/7/72* | S.D.N.Y. Knapp | 72 Civ. 4880 | 12/27/72 | 73-4 | 1/75 | |
| G-9 | Puerto Rico Aqueduct and Sewer Authority v. American Cast Iron Pipe Co. *10/9/73* *vacated* | D.P.R. Toledo | 657-73 | | — | | |
| ~~(struck through entry)~~ | | | | | | | |
| XYZ-1 | Bridgeport Hydraulic Co., et al. v. American Cast Iron Pipe Co., et al. | | 72-695 | | | 5/2/77 | |
| XYZ-2 | Hackensack Water Co., et al. v. Amrican Cast Iron Pipe Co., et al | | 73-P-108k | | | 5/2/77 | |

*Verified correct by Jr't Court - 5/75*

Transfers  33
X+Z cases  10
           43
Dism.      39
Pending     4

*Verified July 1976*
           43
Dism.      40
            3

p. __1__

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 81 -- IN RE CAST IRON PIPE ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| CITY OF NEW YORK<br>STATE OF ARIZONA<br>STATE OF MISSOURI<br>STATE OF ALABAMA<br>STATE OF VERMONT<br>STATE OF IOWA<br>STATE OF VIRGINIA<br>STATE OF FLORIDA<br>STATE OF LOUISIANA<br>STATE OF RHODE ISLAND<br>STATE OF NEVADA<br>STATE OF GEORGIA<br>STATE OF MASSACHUSETTS<br>STATE OF MISSISSIPPI<br>CITY OF MEMPHIS /LOUISVILLE WATER CO.<br>  David I. Shapiro, Esq.<br>  Dickstein, Shapiro & Galligan<br>  745 Fifth Avenue<br>  New York, New York 10022<br><br>STATE OF INDIANA<br>COMMONWEALTH OF PENNSYLVANIA<br>STATE OF ILLINOIS<br>STATE OF TEXAS<br>METROPOLITAN GOVERNMENT OF NASHVILLE<br>  Lee A. Freeman, Esq.<br>  Freeman, Freeman & Salzman<br>  Suite 3200, One IBM Plaza<br>  Chicago, Illinois 60611<br><br>STATE OF WASHINGTON<br>  Slade Gorton, Esq.<br>  Fredric C. Tausend, Esq.<br>  657 Colman Building<br>  Seattle, Washington, 98104<br><br>MERLE MCCOLLUM<br>  Larry Derryberry, Esquire<br>  Office of Attorney General<br>  State Capitol<br>  Oklahoma City, Oklahoma 73105<br><br>COMMONWEALTH OF KENTUCKY<br>  John B. Breckinridge, Esq.<br>  Attorney General<br>  Capitol Building<br>  Frankfort, Kentucky 40601 | AMERICAN CAST IRON PIPE CO.<br>  Thomas, Taliaferro, Forman,<br>  Burr & Murray<br>  1600 Bank for Savings Building<br>  Birmingham, Alabama 35203<br><br>  Philip W. Tone, Esq.<br>  Jenner & Block<br>  135 South LaSalle Street<br>  Chicago, Illinois 60603<br><br>MEAD CORPORATION<br>  Howard F. Baker, Esq.<br>  Howrey, Simon, Baker & Murchison<br>  1707 H Street<br>  Washington, D. C. 20006<br><br>UNITED STATES PIPE AND FOUNDRY CO.<br>  W. Donald McSweeney, Esq.<br>  Schiff, Hardin, Waite, Dorschel &<br>   Britton<br>  231 S. LaSalle<br>  Chicago, Illinois 60604<br><br>CLOW CORP.<br>  Lange, Simpson, Robinson & Somerville<br>  18th and 19th Floors<br>  City Federal Building<br>  Birmingham, Alabama 35203<br><br>  Charles B. Mahin, Esq.<br>  Price, Cushman, Keck & Mahin<br>  134 S. LaSalle Street<br>  Chicago, Illinois 60603<br><br>MCWANE CAST IRON PIPE CO.<br>  Drayton Scott, Esq.<br>  Cabiniss, Johnston, Gardner & Clark<br>  First National Building<br>  Birmingham, Alabama 35203 |

| Plaintiff | Defendant |
|---|---|
| STATE OF NEW YORK<br>  Louis J. Lefkowitz, Esq.<br>  Attorney General<br>  State Office Building<br>  80 Centre Street<br>  New York, New York   10013<br><br>COUNTY OF ERIE, NEW YORK<br>CITY OF PHILADELPHIA, PENNA.<br>STATE OF MICHIGAN<br>  David Berger, Esq.<br>  1622 Locust Street<br>  Philadelphia, Penna.   19120<br><br>METRO. SANITARY DIST. OF GREATER<br>  CHICAGO /CITIZENS UTILITY CO.<br>WASHINGTON SUBURBAN SANITARY COMMISSION<br>CITY OF NEWARK, NEW JERSEY<br>SANITARY DIST. OF GARY, INDIANA<br>STATE OF CONNECTICUT<br>STATE OF MARYLAND/STATE OF NEW MEXICO<br>  Perry Goldberg, Esq.<br>  208 S. LaSalle St.<br>  Suite 1130<br>  Chicago, Illinois<br><br>**STATE** OF MINNESOTA<br>  William E. Mullin, Esq.<br>  Mullin, Galinson, Swirnoff & Weinberg<br>  2200 Dain Tower<br>  Minneapolis, Minnesota   55402<br><br>STATE OF DELAWARE<br>  Januar D. Bove, Jr., Esq.<br>  Connolly, Bove & Lodge<br>  Farmers Bank Building<br>  Wilmington, Delaware   19899<br><br>STATE OF KANSAS<br>  Vern Miller, Esq.<br>  Attorney General<br>  900 Merchants National Bank Bldg.<br>  Topeka, Kansas   66612<br><br>PHILADELPHIA GAS WORKS<br>  Martin Weinberg, Esq.<br>  City Solicitor<br>  1530 Municipal Services Bldg.<br>  Philadelphia, Penna.<br><br>PUERTO RICO AQUEDUCT AND SEWER<br>  AUTHORITY<br>    Robert E. Sher, Esq.<br>    Sher and Harris<br>    888 17th Street, N.W.<br>    Washington, D. C.   20006 | CAST IRON PIPE RESEARCH ASSN.<br>  Rogers, Howard, Redden & Mills<br>  1033 Frank Nelson Building<br>  Birmingham, Alabama 35203<br><br>  Delmar W. Holloman, Esq.<br>  Davies, Richberg, Tydings,<br>  Landa & Duff<br>  100 Vermont Ave, N.W.<br>  Washington, D. C.   20005<br><br>GLAMORGAN PIPE & FOUNDRY CO.<br>  Jerald A. Jacobs, Esq.<br>  Steven John Fellman, Esq.<br>  Counihan, Casey & Loomis<br>  1000 Connecticut Ave., N.W.<br>  Washington, D. C.   20036<br><br>  Rives, Peterson, Pettus<br>    Conway & Burge<br>  17th Floor 2121 Building<br>  Birmingham, Alabama   35203<br><br>LONE STAR STEEL CO.<br>  Ralph B. Tate, Esq.<br>  Spain, Gillon, Riley, Tate & Ansley<br>  800 First National Building<br>  Birmingham, Alabama   35203<br><br>PACIFIC CAST IRON PIPE CO.<br>  Richard I. Sampson, Esq.<br>  Jones, Grey, Bayley & Olsen<br>  1000 Norton Bldg.<br>  Seattle, Washington<br><br>AMSTED INDUSTRIES, INC.<br>  Edward W. Rothe, Esq.<br>  Hopkins, Sutter, Owen, Mulroy<br>    & Davis<br>  One First National Plaza<br>  Chicago, Illinois   60670<br><br>  Johnson & Shores<br>  Brown-Marx Building<br>  Birmingham, Alabama   35203 |

DOCKET NO. 81

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE CAST IRON PIPE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  | CITY OF NEW YORK  STATE OF ARIZONA<br>CITY OF MEMPHIS  STATE OF MISSOURI<br>STATE OF VERMONT  STATE OF ALABAMA<br>STATE OF IOWA<br>STATE OF VIRGINIA<br>STATE OF FLORIDA<br>STATE OF LOUISIANA<br>STATE OF RHODE ISLAND<br>STATE OF NEVADA<br>STATE OF GEORGIA<br>STATE OF MASSACHUSETTS<br>STATE OF MISSISSIPPI<br>  David I. Shapiro, Esquire<br>  Dickstein, Shapiro & Galligan<br>  745 Fifth Avenue<br>  New York, New York  10022<br><br>  Thomas W. Mack, Esquire<br>  Dickstein, Shapiro & Galligan<br>  800 Federal Bar Building West<br>  Washington, D. C.  20006<br><br>STATE OF ALABAMA (struck)<br>STATE OF INDIANA<br>COMMONWEALTH OF PENNSYLVANIA<br>STATE OF ILLINOIS<br>STATE OF TEXAS<br>METROPOLITAN GOVERNMENT OF NASHVILLE<br>  Lee A. Freeman, Esq.<br>  Freeman, Freeman & Salzman<br>  Suite 3200, One IBM Plaza<br>  Chicago, Illinois  60611<br><br>METROPOLITAN SANITARY DISTRICT OF<br>GREATER CHICAGO<br>  Perry Goldberg, Esquire<br>  208 South LaSalle Street<br>  Chicago, Illinois  60602 | U.S. PIPE & FOUNDRY CO.<br>  W. Donald McSweeney, Esquire<br>  Schiff, Hardin, Waite, Dorschel<br>    & Britton<br>  231 South LaSalle<br>  Chicago, Illinois  60604<br><br>AMERICAN CAST IRON PIPE COMPANY<br>  A. J. Noble, Jr., Esquire<br>  Thomas, Taliaferro, Forman, Burr<br>    & Murray<br>  1600 Bank for Savings Building<br>  Birmingham, Alabama  35203<br><br>CAST IRON PIPE RESEARCH ASSOCIATION<br>  Delmar W. Holloman, Esquire<br>  Davies, Richberg, Tydings, Landa & Duff<br>  100 Vermont Avenue, N.W.<br>  Washington, D. C.  20005<br><br>AMSTED INDUSTRIES INCORPORATED<br>  Edward W. Rothe, Esquire<br>  Hopkins, Sutter, Owen, Mulroy & Davis<br>  One First National Plaza<br>  Chicago, Illinois  60670<br><br>MEAD CORPORATION<br>  Harold F. Baker, Esquire<br>  Howrey, Simon, Baker & Murchison<br>  1707 H Street, N. W.<br>  Washington, D.C.  20006<br><br>CLOW CORPORATION<br>  Charles B. Mahin, Esquire<br>  Price, Cushman, Keck & Mahin<br>  134 South LaSalle Street<br>  Chicago, Illinois  60603<br><br>LONE STAR STEEL CO.<br>  Ralph B. Tate, Esquire<br>  Spain, Gillon, Riley, Tate & Ansley<br>  800 First National Building<br>  Birmingham, Alabama  35203 |

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Jerald A. Jacobs [handwritten] | GLAMORGAN PIPE AND FOUNDRY CO.<br>Steven John Fellman, Esquire ✳<br>Counihan, Casey & Loomis<br>1000 Connecticut Avenue, N.W.<br>Washington, D. C.  20036<br><br>McWANE CAST IRON PIPE COMPANY<br>~~John J. McMahon, Jr., Esquire~~<br>Drayton Scott [handwritten]<br>Cabaniss, Johnston, Garnder & Clark<br>First National Building<br>Birmingham, Alabama  35203 |
| B-1 | Slade Gorton<br>Fredric C. Tausend<br>657 Colman Bldg.<br>Seattle, Washington | B-1 Defendants Pacific States Cast Iron Pipe Co. [handwritten]<br>Richard I. Sampson<br>Jones, Grey, Bayley & Olsen<br>1000 Norton Bldg.<br>Seattle, Washington |
| B-2 | Larry Derryberry (Hon.)<br>Odie A. Nance<br>Office of Attorney General<br>State Capitol<br>Oklahoma City, Okla.  73105 | AMERICAN CAST IRON PIPE COMPANY<br>Philip W. Tone, Esquire<br>Jenner & Block<br>135 South LaSalle Street<br>Chicago, Illinois  60603 |
| B-3 | Same as A-1 (Shapiro) |  |
| C-1 | Hon. John B. Breckinridge<br>Attorney General<br>Capitol Building<br>Frankfort, Kentucky 40601 |  |
| D-1 | Hon. Louis J. Lefkowitz<br>Attorney General<br>State Office Building<br>80 Centre Street<br>New York, New York  10013 |  |
| D-2<br>D-3<br>G-1 | David Berger, Esquire<br>H. Laddie Montague, Esquire<br>1622 Locust Street<br>Philadelphia, Pa.  19103 | LYNCHBURG FOUNDRY CO.<br>Courtland Building<br>Lynchburg, Virginia<br><br>JIM WALTER CORP.<br>Bessemer Superhighway<br>Birmingham, Alabama |
| A-20<br>E-1<br>E-2<br>E-3<br>F-1<br>F-2 | Perry Goldberg, Esquire<br>208 South LaSalle St., Suite 1130<br>Chicago, Illinois  60604 | WOODWARD IRON CORP.<br>Woodward<br>Birmingham, Alabama |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 81 - IN RE CAST IRON PIPE ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| G-1 | Same as D-2 (Berger) | |
| G-2 | David L. Norvell,<br>Attorney General<br>State of New Mexico<br>P.O. Box 2246<br>Santa Fe, New Mexico<br><br>William C. Marchiondo<br>McTee, Marchiondo and Berry<br>315 5th St. N.W.<br>Albuquerque, New Mexico 81703<br><br>Perry Goldberg (Same as E-1) | |
| G-3 | Warren Sapnnaus, Attorney General<br>John M. Mason, Solicitor General<br>Walter H. Rockstein II<br>  Special Assistant Attorney General<br>Antitrust Division<br>160 State Office Building<br>St. Paul, Minnesota 55101 | |
| G-4 | Januar D. Bove, Jr., Esq.<br>Connolly, Bove & Lodge<br>Farmers Bank Building<br>Wilmington, Delaware 19899<br><br>W. Laird Stabler, Jr. Esq.<br>Atty Gen. of the St. of Delaware<br>Public Building<br>Wilmington, Delaware 19801 | |
| G-5 | Vern Miller, Attorney General<br>900 Merchants National Bank Building<br>Topeka, Kansas 66612 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| G-6 | Perry Goldberg, Esq.<br>(Samme as E-1, etc.) | |
| G-7 | Martin Weinberg, Esquire<br>City Solicitor<br>1530 Municipal Services Bldg.<br>Philadelphia, Penna.  19107 | |
| G-8 | Shapiro (See A-1) | |
| G-9 | Jose O. Sabater, Esq.<br>P.O. Box 7066<br>Barrio Obero Station<br>San Juan, P.R.<br>*Robert E. Sher, Esq*<br>Sher and Harris, ~~Esq~~:<br>888 17th Street, N.W.<br>Washington, D. C. 20006 | Gerald A Jacobs, Esq<br>Cunnihan, Casey & Loomis<br>1000 Connecticut Ave.<br>Washington, D. C.  20036 *(crossed out)* |
| ~~G-10~~ | ~~Rech O. Bloocher, Esquire~~<br>~~250 21 41st Drive~~<br>~~Little Neck, New York~~<br><br>~~Allan ??? Esquire~~<br>~~??? 11th Street, N.W.~~<br>~~Washington, D. C.~~ | |

## Cast Iron Pipe Antitrust Cases

### Plaintiffs' Counsel

Freeman, Freeman & Salzman
1 North LaSalle Street
Chicago, Illinois, 60602

Hon. William E. Mullin, Esq.
Mullin, Galinson, Swirnoff
  & Weinberg, P.A.
2200 Dain Tower
Minneapolis, Minnesota, 55402

Slade Gorton, Esq.
Fredric C. Tausend, Esq.
657 Colman Building
Seattle, Washington, 98104

Hon. Louis J. Lefkowitz
Attorney General's Office
Anti-Monopolies Division
80 Centre Street
New York, New York, 10013

Connolly, Bove & Lodge
Farmers Bank Building
Wilmington, Delaware, 19899

Dickstein, Shapiro & Galligan
800 Federal Bar Building West
1819 H Street, N.W.
Washington, D. C. 20006

David Berger, P.A.
1622 Locust Street
Philadelphia Pennsylvania, 19103

Hon. Larry Derryberry
Paul Duncan, Esq.
Office of the Attorney General
112 State Capitol
Oklahoma City, Oklahoma, 73105

Granvil F. Specks, Esq.
Suite 1130
208 South LaSalle Street
Chicago, Illinois, 60604

Robert E. Sher, Esq.
Sher and Harris
888 17th Street, N.Wi
Washington, D. C. 20006

### Defendants' Counsel

#### American Cast Iron Pipe Company

Thomas, Taliaferro, Forman, Burr
 & Murray
1600 Bank for Savings Building
Birmingham, Alabama, 35203
Phone: 205-252-9951

#### Amsted Industries, Inc.

Johnston & Shores
Brown-Marx Building
Birmingham, Alabama, 35203
Phone: 205-251-1261

#### The Mead Corporation

Howrey, Simon, Baker & Murchison
1707 H Street, N.W.
Washington, D. C. 20006
Phone: 202-298-6450

#### United States Pipe and Foundry Company

Schiff, Hardin, Waite, Dorschel
 & Britton
231 South LaSalle Street
Chicago, Illinois, 60604
Attn: W. Donald McSweeney
Phone: 312-236-4500

Clow Corporation

Lange, Simpson, Robinson & Somerville
18th and 19th Floors
City Federal Building
Birmingham, Alabama, 35203
Phone: 205-323-8941

McWane Cast Iron Pipe Company

Cabaniss, Johnston, Gardner & Clark
First Nat'l-Sou. Natural Bldg.
Birmingham, Alabama, 35203
Phone: 205-323-6181

Cast Iron Pipe Research Association

Rogers, Howard, Redden & Mills
1033 Frank Nelson Building
Birmingham, Alabama, 35203
Phone: 205-251-5138

Glamorgan Pipe & Foundry Company

Rives, Peterson, Pettus, Conway & Burge
17th Floor - 2121 Building
Birmingham, Alabama, 35203
Phone: 205-328-8141

Lone Star Steel Company

Spain, Gillon, Riley, Tate & Ansley
800 First National Building
Birmingham, Alabama, 35203
Phone: 205-328-4100

p. \_\_\_\_

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __81__ -- In re Cast Iron Pipe Antitrust Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| American Cast Iron Pipe Company | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21; B-1 B-2 B-3; D-1; D-2; D-3; E-1; E-2; E-3; F-1; F-2; G-1 G-2 G-3; G-4 G-5 G-6 G-7+8 9 |
| Amsted Industries, Inc. | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; D-2; D-3; E-1; E-2; E-3; F-1; F-2; G-1 G-2 G-3; G-4 G-5 G-6, G-7+8 9 |
| Clow Corp. | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; D-2; D-3; E-1; E-2; E-3; F-1; F-2; G-1 G-2 G-3 G-4 G-5 G-6, G-7+8 9 |
| Glamorgan Pipe & Foundry Co. | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; D-2; D-3; E-1; E-2; E-3; F-1; F-2; G-1 G-2 G-3 G-4 G-5 G-6, G-7+8 9 |
| McWane Cast Iron Pipe Co. | A-1; A-2 A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; D-3; E-1; E-2; E-3; F-1; F-2; G-1 G-2 G-3 G-4 G-5 G-6, G-7+8 |
| Mead Corp. | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; E-1; E-2; E-3; F-1; F-2 G-2 G-3 G-5 G-6, G-7+8 9 |
| United States Pipe & Foundry Co. | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; E-1; E-2; E-3; F-1; F-2 G-2 G-3 G-5 G-6, G-7 9 |
| Cast Iron Pipe Research Assocation | A-1; A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; D-2; D-3; E-1; E-2; E-3; F-1; F-2; G-1 G-2; G-3; G-4 G-5 G-6, G-7+8 |
| Lone Star Steel Co. | A-2; A-9 & 10; A-11 thru 19; A-20 A-21 B-1 B-2 B-3; D-1; E-1; E-2; E-3; F-1; F-2 G-2 G-3 G-6, G-7+8 9 |
| Pacific States Cast Iron Pipe Co. | B-1 B-3 |

p. _____

| | |
|---|---|
| Lynchburg Foundry Co | G-1  G-4 |
| Jim Walter Corp | G-1  G-4, G-7 |
| Woodward Iron Corp | G-1  G-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |