NOV 17 1971

DOCKET NO. 81

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CAST IRON PIPE ANTITRUST LITIGATION

ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of transferring the actions pending in other districts to the Northern District of Alabama for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the actions pending in that district before the Honorable Sam C. Pointer, Jr. and the Panel having found, upon the basis of the papers submitted and the hearing held, that these actions involve common questions of fact and that transfer would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

IT IS ORDERED that all actions pending in districts other than the Northern District of Alabama be, and the same hereby are, transferred to the Northern District of Alabama and, with the consent of that court, are assigned to the Honorable Sam C. Pointer, Jr. for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the other actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Alfred P. Murrah
Chairman



SCHEDULE A                                                           DOCKET NO. 81

## NORTHERN DISTRICT OF ALABAMA

| Case | Civil Action No. |
|---|---|
| State of Alabama v. American Cast Iron Pipe Co., et al. | 71-530 |
| State of Indiana v. American Cast Iron Pipe Co., et al. (*) | 71-285 |
| Commonwealth of Pennsylvania v. American Cast Iron Pipe Co., et al. (*) | 71-286 |
| State of Illinois v. American Cast Iron Pipe Co., et al. (*) | 71-287 |
| State of Texas v. American Cast Iron Pipe Co., et al. (*) | 71-288 |
| Metropolitan Government of Nashville v. American Cast Iron Pipe Co., et al. (*) | 71-289 |

## WESTERN DISTRICT OF MISSOURI

| Case | Civil Action No. |
|---|---|
| State of Missouri v. American Cast Iron Pipe Co., et al. | 19524-2 |

## NORTHERN DISTRICT OF ILLINOIS

| Case | Civil Action No. |
|---|---|
| Metropolitan Sanitary District of Greater Chicago v. American Cast Iron Pipe Co., et al. | 71 C 1928 |
| Washington Suburban Sanitary Commission, etc. v. American Cast Iron Pipe Co., et al. | 71 C 2587 |
| The City of Newark, New Jersey, et al. v. American Cast Iron Pipe Co., et al. | 71 C 2588 |
| The Sanitary District of the City of Gary, Indiana v. American Cast Iron Pipe Co., et al. | 71 C 2589 |

## EASTERN DISTRICT OF PENNSYLVANIA

| Case | Civil Action No. |
|---|---|
| County of Erie, New York, etc. v. American Cast Iron Pipe Co., et al. | 71-2499 |
| City of Philadelphia, Pennsylvania, etc. v. American Cast Iron Pipe Co., et al. | 71-2500 |

(*) Transferred from the Northern District of Illinois by Judge Austin under Section 1404(a) on April 2, 1971.

SCHEDULE A — 2 — DOCKET NO. 81

## SOUTHERN DISTRICT OF NEW YORK

| Case | Civil Action No. |
|---|---|
| City of New York v. American Cast Iron Pipe Co., et al. | 71 Civ. 2363 |
| State of Vermont v. American Cast Iron Pipe Co., et al. | 71 Civ. 2364 |
| State of Iowa v. American Cast Iron Pipe Co., et al. | 71 Civ. 2365 |
| Commonwealth of Virginia v. American Cast Iron Pipe Co., et al. | 71 Civ. 2422 |
| City of Memphis v. American Cast Iron Pipe Co., et al. | 71 Civ. 2423 |
| State of Louisiana v. American Cast Iron Pipe Co., et al. | 71 Civ. 2424 |
| State of Florida v. American Cast Iron Pipe Co., et al. | 71 Civ. 2563 |
| State of Rhode Island v. American Cast Iron Pipe Co., et al. | 71 Civ. 2607 |
| State of Nevada v. American Cast Iron Pipe Co., et al. | 71 Civ. 2986 |
| State of Georgia v. American Cast Iron Pipe Co., et al. | 71 Civ. 3546 |
| The Commonwealth of Massachusetts v. American Cast Iron Pipe Co., et al. | 71 Civ. 3695 |
| State of Mississippi v. American Cast Iron Pipe Co., et al. | 71 Civ. 3746 |
| State of Arizona v. American Cast Iron Pipe Co., et al. | 71 Civ. 3811 |
| State of New York v. American Cast Iron Pipe Co., et al. | 71 Civ. 4497 |

## WESTERN DISTRICT OF WASHINGTON

| Case | Civil Action No. |
|---|---|
| State of Washington v. American Cast Iron Pipe Co., et al. | 103-71 C2 |

(**) WESTERN DISTRICT OF OKLAHOMA

Merle McCollum v. American Cast Iron Pipe Co., et al.    Civil Action No. Civ-71-548

EASTERN DISTRICT OF KENTUCKY

Commonwealth of Kentucky v. American Cast Iron Pipe Co., et al.    Civil Action No. 385

(**) Transferred by Judge Luther Bohanon to the Northern District of Alabama under 28 U.S.C. §1404(a) by order of November 8, 1971.

DOCKET NO. 81

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CAST IRON PIPE ANTITRUST LITIGATION

ORDER

IT IS ORDERED that the Schedule A attached to the order to transfer in the above-captioned litigation filed on November 17, 1971, be amended to include the following newly-filed actions:

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| The State of Connecticut v. American Cast Iron Pipe Co., et al. | Civil Action No. 71 C 2648 |
| The State of Maryland, et al. v. American Cast Iron Pipe Co., et al. | Civil Action No. 71 C 2649 |

FOR THE PANEL:

Alfred P. Murrah
Chairman

DOCKET NO. 81

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE CAST IRON PIPE ANTITRUST LITIGATION

Puerto Rico Aqueduct and Sewer Authority v. American Cast Iron Pipe Co., et al., D. Puerto Rico, Civil Action No. 657-73

ORDER

It appearing that all parties to the above-captioned action oppose the transfer of that action to the Northern District of Alabama for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the actions in the above-captioned litigation previously transferred by the Panel to that district and the Panel having found, upon the basis of the papers submitted and the hearing held, that the above action does not involve questions of fact common to the Cast Iron Pipe Antitrust Litigation and that transfer of the above action would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation,

IT IS THEREFORE ORDERED that the October 9, 1973, conditional transfer order entered in the above-captioned action be, and the same hereby is, VACATED.

FOR THE PANEL:

Alfred P. Murrah
Chairman